644

No. 603. GRAY, DIRECTOR OF THE BITUMINOUS COAL DIVISION, DEPARTMENT OF THE INTERIOR, ET AL. *v.* POWELL ET AL. January 6, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Solicitor General Biddle* and *Mr. Abe Fortas* for petitioners. *Messrs. W. R. C. Cocke* and *Jos. F. Johnston* for respondents.

No. 158. BADER *v.* ILLINOIS; and .
No. 189. HARTFORD ACCIDENT & INDEMNITY CO. ET AL. *v.* DELTA & PINE LAND CO. See *ante,* p. 610.

No. 240. WRIGHT *v.* SECURITY-FIRST NATIONAL BANK OF LOS ANGELES. See *ante,* p. 611.

No. 896, October Term, 1939. McCAMPBELL *v.* WARRICH CORPORATION ET AL. See *ante,* p. 612.

No. 230. VILES *v.* JOHNSON, JUDGE. October 14, 1940. Petition for writ of certiorari to the Supreme Court of Colorado, and motion for leave to proceed further *in forma pauperis,* denied. The motion for leave to file petition for writ of mandamus is also denied. *Edmond L. Viles, pro se.*

No. 309. BENSON *v.* UNITED STATES. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to